## FOURTH DEPARTMENT, NOVEMBER, 1920.

REUBEN JEFFERY, Appellant, v. HARRY C. WEBB, Respondent.— Judgment and order affirmed, with costs. All concur.

GURNEY REALTY COMPANY, Appellant, v. FRED H. LEROY, Respondent.— Judgment affirmed, with costs. All concur.

FRED G. ROBINSON, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Appellant, v. EDGAR S. JENNINGS, as Agent and Warden of Auburn State Prison, Respondent.— Order affirmed. All concur.

EDWIN E. GRADY, Respondent, v. WESTERN NEW YORK AND PENNSYLVANIA TRACTION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

EDWARD F. DIBBLE, Seedgrower, Respondent, v. CHARLES J. McNULTY, as Secretary and Treasurer of the Suffolk County Seed Corn Association, a Voluntary Association, Appellant.— Judgment affirmed, with costs. All concur.

In the Matter of the Application of OTTO KEHRER, Appellant, for the Removal of OTTO W. PFOHL, Respondent, from Certain Premises in the City of Buffalo.— Order affirmed, with costs. All concur.

MARY KEOGH, as Administratrix, etc., Respondent, v. SOUTH BUFFALO RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

COUNTY OF CHAUTAUQUA, Respondent, v. LUTHER S. LAKIN, JR., Appellant.— Judgment affirmed, with costs, on the authority of *Price* v. *County of Erie* (221 N. Y. 260). All concur, Lambert, J., not sitting.

JOSEPH W. WILMES, Respondent, v. SIMEON E. FOURNIER, Appellant.— Judgment and order affirmed, with costs. All concur.

E. WENTWORTH ERICKSON, Respondent, v. SILVANUS J. MACY, Appellant.— Motion to set aside order of publication denied and motion to vacate judgment granted, upon the ground that the clerk was not authorized to enter the same without application to the court (See Code Civ. Proc. § 1216), without costs of this appeal to either party. All concur.

In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Appellants, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands, etc., Claimed to Be Owned by BUFFALO VENEER. COMPANY and Others, Respondents. (Proceeding No. 110.) — Order affirmed, with separate bills of costs against the city of Buffalo in favor of the respondents Delaware, Lackawanna and Western Railroad Company and Hedstrom and others, who appear by separate attorneys upon this appeal. All concur.

CATHERINE CUMMINGS, as Administratrix, etc., of JOHN CUMMINGS, Deceased, Respondent, v. FRONTIER ELEVATOR AND MILL COMPANY, Appel-